**STATE of Missouri, Respondent,**

v.

**James KELLEY, Jr., Appellant.**

**Nos. WD 50248, WD 51969.**

Missouri Court of Appeals,
Western District.

Feb. 18, 1997.

Lew Kollias, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BRECKENRIDGE, P.J., and LAURA DENVIR STITH and HOWARD, JJ.

**ORDER**

PER CURIAM:

Consolidated appeal from conviction of one count of selling a controlled substance, § 195.211, RSMo 1991, and from the denial of a Rule 29.15 motion for postconviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).

■

**Olan JAMES, Appellant,**

v.

**Gladys JAMES, Respondent.**

**No. WD 52793.**

Missouri Court of Appeals,
Western District.

Feb. 18, 1997.

James D. Boggs, Kansas City, for Appellant.

Deborah A. Tooley, Kansas City, for Respondent.

Before BRECKENRIDGE, P.J., and SMART and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Olan James appeals the trial court's award of maintenance to respondent in the amount of $725 per month.

Judgment affirmed. Rule 84.16(b).